OPINION — AG — THE BOARD OF EDUCATION (SCHOOL BOARD) OF THE SCHOOL DISTRICT REFERRED TO IN YOUR LETTER MAY HAVE THE ADDITION TO THE SCHOOL BUILDING CONSTRUCTED FROM THE PROCEEDS OF THE BOND ISSUE ON A " FORCE ACCOUNT BASIS, " AND WITHOUT A CONTRACTOR OR AN ARCHITECT. (IMPROVEMENTS ON A BUILDING, ERECTING A BUILDING) CITE: 59 O.S. 45.3 [59-45.3] 70 O.S. 4-28 [70-4-28], OPINION NO. FEBRUARY 27, 1954 — HODGE (J. H. JOHNSON)